IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-40384 |
| | § | |
| DAWN M. CORZINE | § | X *Original Modification* |
| | § | |
| Debtor. | § | __ *Amended Modification Number* __ |

### CHAPTER 13 PLAN PAYMENT MODIFICATION TO REFLECT CHANGE IN ON-GOING MORTGAGE PAYMENTS

**COMES NOW** Dawn M. Corzine, and files this Chapter 13 Plan Payment Modification to Reflect Change In On-Going Mortgage Payments, and would show this Court the following:

1. Bayview Loan Servicing, LLC, filed a Notice of Adjusted Amount with the Court, changing the amount of the Debtors' on-going mortgage payment from *$365.00 to $382.03*, effective with the payment due on December 1, 2015. No timely objection to this payment change has been filed by the Debtor.

2. Pursuant to the Debtors' current Plan, there are 53 more disbursements to be made by the Chapter 13 Trustee on this case.

3. The difference between the current and new on-going mortgage payment amount ($17.03), multiplied by the current Trustee's fee ($1.07) equals $18.31 - the required amount of increase in the Debtors' Chapter 13 Plan payment effective with the December plan payment.

4. Thus, the *new plan payment amount* required by the Debtor shall be *$547.81* (current payment amount plus the increased amount referenced above); and the base amount of the Debtors' Chapter 13 Plan shall increase by the total amount of *$970.43* (monthly plan payment change multiplied by the number of remaining disbursements).

5. The Clerk shall issue a new Wage Order to the Debtors' employer in the amount of *$547.81* per month. *

6. All remaining terms and conditions of the Debtors' current Plan remain in full force and effect, as the sole purpose of this modification is to effectuate the payment change in the amount of the Debtors' on-going mortgage payment.

*The monthly payment shall be $645.97 commencing in month 12.*

Respectfully submitted on this the 20th day of October, 2015.

/s/ Edward Eytalis
Edward Eytalis

Law Office of Edward Eytalis
Attorney at Law
106 N. Division
Carterville, IL 62918
Phone: (618) 985-2819
Fax: (618) 985-2733
e-mail: eeytalis@frontier.com
I.A.R. #06191884

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Chapter 13 Plan Payment Modification to Reflect Change in On-Going Mortgage Payments has been served upon the Debtor(s) and the affected creditor, via electronic mail or first class mail, postage pre-paid, and deposited into an official depository of the United States Postal Service on this the 20th day of October, 2015.

/s/ Patty McGuire
Patty McGuire